FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ANDREW HAGERTY,<br><br>Plaintiffs,<br><br>v.<br><br>LIVANOVA, PLC, LIVANOVA USA, INC., and CYBERONICS, INC.,<br><br>Defendants. | No. 2:21-cv-0092-JAG<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

The Plaintiff has moved at ECF No. 18 to voluntarily dismisses this case pursuant to Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the case is **DISMISSED without prejudice.**

ORDER DISMISSING WITHOUT PREJUDICE - 1

**IT IS SO ORDERED.** The District Court Executive shall file this order and provide copies to counsel and close this file.

DATED May 26, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING WITHOUT PREJUDICE - 2